

Exhibit C

Exhibit C






Exhibit C



Exhibit C



Exhibit C



Exhibit C



Exhibit C



Exhibit C

Exhibit C