Exhibit D



Exhibit D



Exhibit D



Exhibit D




Exhibit D



Exhibit D



Exhibit D